IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOWELL QUINCY GREEN TDCJ No. 00518622, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:21-cv-3190-K-BN |
| TEXAS PAROLE BOARD, | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff has since filed three documents. *See* Doc. Nos. 7-9. It is unclear what the nature of these filings is. None of the documents appears to be an objection to the findings of the Magistrate Judge, although one does order him to recuse or face "treason." *See* Doc. No. 8. Liberally construing these three filings as objections to the findings of the Magistrate Judge, the District Court has conducted a de novo of the findings, conclusions, and recommendation. Finding no error on *de novo*

review, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed March 22nd, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE